## SMITH *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 30, September Term, 1961.]

*Decided October 19, 1961.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

The application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.